## STATE OF FLORIDA v NEWMAN

## Case No. 85-195 AC (County Court Case No. E8085, 6MK)

Eleventh Judicial Circuit, Appellate Division, Dade County

March 6, 1987

### APPEARANCES OF COUNSEL

**Jim Smith,** Attorney General, for appellant.

**Richard A. Darr** for appellee.

Before TENDRICH, KAYE, GREENBAUM, JJ.

### OPINION OF THE COURT

PER CURIAM.

The granting of the Defendant's Motion to Dismiss was error. Florida Rule of Criminal Procedure 3.190(d) provides:

"A motion to dismiss under paragraph (c)(4) of this rule shall be

denied if the State files a traverse which with specificity denied under oath the material fact or facts alleged in the motion to dismiss."

See *State v. Lewis,* 463 So.2d 561 (Fla. 2d DCA 1985).

Reversed.